UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VASQUEZ<br><br>           Petitioner,<br><br>v.<br><br>MARTIN BITER,<br><br>           Respondent. | Case No. LA CV 14-05319-VBF-JC<br><br><br>JUDGMENT |

Pursuant to this Court's contemporaneously issued Order Adopting the R&R, Denying the Habeas Petition, and Dismissing the Action with Prejudice, final judgment is hereby rendered in favor of respondent and against petitioner.

DATED:  October 21, 2015

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK

Senior United States District Judge